UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal Action No. 2: 11-69-DCR-3 |
| Plaintiff, | ) | and |
| | ) | Civil Action No. 2: 14-7354-DCR |
| V. | ) | |
| | ) | |
| CHARLES E. SLONE, JR., | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiff United States of America with respect to all issues raised in this proceeding under 28 U.S.C. § 2255 by Defendant Charles E. Slone, Jr.

2. This proceeding is **DISMISSED** and **STRICKEN** from the Court's docket.

3. A Certificate of Appealability shall not issue.

4. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for any delay.

This 8th day of June, 2015.

